**Clarence ANDREWS, Jr.,**
**Plaintiff-Appellant,**

v.

**DITECH MORTGAGE CORP.; Ditech Financial LLC, Defendants-Appellees.**

No. 17-1088

United States Court of Appeals, Fourth Circuit.

Submitted: May 23, 2017

Decided: May 25, 2017

Clarence Andrews, Jr., Appellant Pro Se. Jonathan S. Hubbard, David Tony Long, Jr., Sarah Warren Smith, TROUTMAN SANDERS, LLP, Richmond, Virginia, for Appellee.

Before KING, AGEE, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence Andrews, Jr., seeks to appeal the district court's order dismissing his civil action for failure to comply with the court's order directing him to amend his complaint. On appeal, we confine our review to the issues raised in the Appellant's

---

brief. *See* 4th Cir. R. 34(b). Because Andrews' informal brief does not challenge the basis for the district court's disposition, Andrews has forfeited appellate review of the court's order. *See Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, although we grant leave to proceed in forma pauperis, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*